UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>UNITED MODULE CORP. and KERANOS LLC,<br><br>　　　　　　Defendants. | Case No.: C 11-00430 PSG<br><br>**ORDER REFERRING CASE TO U.S. DISTRICT JUDGE LUCY H. KOH FOR RELATED CASE CONSIDERATION** |

　　　It has come to the court's attention that the above-captioned action may be related to other actions currently pending in the Northern District of California, San Jose Division. *See* CIVIL L.R. 3-12(c). Therefore,

　　　This action is HEREBY REFERRED to U.S. District Judge Lucy H. Koh with a request that she consider whether the above-captioned action is related to the following actions:

　　　*Microchip Technology, Inc., et al. v. United Module Corp., et al.*, Case No. 10-4241 LHK

　　　*Freescale Semiconductor, Inc., et al. v. United Module Corp., et al.,* Case No. 10-5196 LHK

　　　*Taiwan Semiconductor Manufacturing Co., Ltd., et al. v. United Module Corp., et al.,*

1   Case No. 10-5290 LHK

2   Dated:   February 2, 2011

3   _____
    PAUL S. GREWAL
4   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*