1   JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
2   MONICA MUCCHETTI ENO, State Bar No. 164107
monica@agilityiplaw.com
3   AGILITY IP LAW
1900 University Circle, Suite 201
4   East Palo Alto, CA  94303
Telephone:  (650) 227-4800
5   Facsimile:   (650) 318-3483

6   Attorneys for Defendants
KERANOS LLC AND
7   UNITED MODULE CORP.

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

| | |
|---|---|
| 12 SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., | CASE NO.: CV-11-00430- LHK |
| 13 | **STIPULATED REQUEST FOR ORDER EXPEDITING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |
| 14 v. | |
| 15 UNITED MODULE CORP., and KERANOS, LLC, | **AND ORDER** |
| 16 | |
| 17 Defendants. | |

18

19      WHEREAS on February 1, 2011, defendants United Module Corp. ("United Module")

20  and Keranos, LLC ("Keranos") filed their Motions to Dismiss Pursuant to the First to File Rule

21  and/or for Lack of Subject Matter Jurisdiction ("Motion to Dismiss") in the above-referenced

22  action before Magistrate Judge Grewal, the Court to which this case was initially assigned;

23      WHEREAS by Order of February 2, 2011, Magistrate Judge Grewal referred this case to

24  Judge Lucy Koh with a request to consider whether this case should be related to the following

25  three declaratory judgment actions before Judge Koh entitled:

26         • *Microchip Tech., Inc. et. al. v. United Module Corp. et. al.*, Civil Action No. 3:10-

27           cv-4241-LHK ("the Microchip California Case") [Dkt. No. 3 at ¶¶ 6-7];

28

- *Freescale Semiconductor, Inc. et al. v. United Module Corp. et al.*, Civil Action No. 10-cv-5196-LV ("Freescale California Case") [Dkt. No. 3 at ¶¶ 7-8]; and

- *Taiwan Semiconductor Mfg. Co. et al. v. United Module Corp. et al.*, Civil Action No. 10-cv-5290-BZ ("the TSMC California Case") [Dkt. No. 3 at ¶ 9]

(collectively referred to herein as "Related Declaratory Judgment Actions");

WHEREAS all the parties to this action agree that this action should be related with the Related Declaratory Judgment Actions; and

WHEREAS, Keranos and United Module have previously filed Motions to Dismiss Pursuant to the First to File Rule and/or for Lack of Subject Matter Jurisdiction in the Related Declaratory Judgment Actions that are currently set for hearing before Judge Koh on March 3, 2011, with opposition briefs due on February 4 and reply briefs due on February 11;

WHEREAS, the Joint Case Management Conference for the Related Declaratory Judgment Actions is also scheduled for March 3, 2011; and

WHEREAS, the parties to this action agree that the Motion to Dismiss filed on February 1, 2011 should be heard and considered by Judge Koh at the March 3 hearing;

Plaintiff Samsung and Defendants Keranos and United Module hereby agree and STIPULATE, pursuant to Civ. Local Rule 6-2, that the following briefing and hearing schedule shall be implemented:

- Friday, February 4:  Plaintiffs in this action and the Related Declaratory Judgment Actions shall file their opposition to defendants' Motions to Dismiss.

- Friday, February 11:  Defendants in this action and the Related Declaratory Judgment Actions shall file their reply briefs in support of their motions to dismiss.

- Thursday, March 3:  Hearing on the motions to dismiss in this action and the Related Declaratory Judgment Actions.

- Thursday, March 3:  Case Management Conference for this action and the Related Declaratory Judgment Actions.

1

Dated:  February 3, 2011                        AGILITY IP LAW

2

3                                               By:     /s/ Monica Mucchetti Eno
                                                        Monica Mucchetti Eno

4
                                                Attorneys for Defendants
5                                               KERANOS, LLC and UNITED MODULE
                                                CORP.

6

7    Dated:  February 3, 2011                   KING & SPALDING LLP

8

9

10                                              By:     /s/ Paul J. Andre
                                                        Paul J. Andre

11
                                                Attorneys for Plaintiffs
12                                              SAMSUNG ELECTRONICS CO., LTD. and
                                                SAMSUNG SEMICONDUCTOR, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED

2    Dated:  February  3, 2011

3

4                                          _____
                                           Judge Lucy H. Koh
5                                          Honorable Judge of the
                                           United States District Court
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28